UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE RAIKOS, individually and on behalf of other similarly situated persons,

Plaintiff,

against

J.P. MORGAN CHASE & CO.,

Defendant.

Civil Action No. 08-CV-01274 (JGK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/10/08

## STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

It is hereby stipulated, by and between the parties in the above-captioned matter, that Defendant's time to answer, move, or otherwise respond to the Complaint is extended until May 22, 2008.

OUTTEN & GOLDEN LLP

By: _____
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)

3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Seth M. Kaplan (SK 0449)

101 Park Avenue
New York, New York 10178
(212) 309-6000

Attorneys for Defendant

SO ORDERED:

_____
John G. Koeltl, U.S.D.J.

4/9/08

1-NY/2294505.1