```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAIKOS,

                Plaintiffs,

  - against -

J.P. MORGAN CHASE,

                Defendants.

08 Civ. 1274 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Time to move or answer is extended to **May 22, 2008**.

Another conference is scheduled for **June 5, 2008** at **4:30 p.m.**

SO ORDERED.

Dated: New York, New York
       April 14, 2008

                                      John G. Koeltl
                                 United States District Judge