SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Raikos, individually and on behalf of other similarly situated persons,

    Plaintiff,

- against -

JP Morgan Chase & Co,

    Defendant.

08 cv 01274 (JGK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Justin M. Swartz a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Virginia I. Stevens Crimmins
Firm Name: Stueve Siegel Hanson
Address: 460 Nichols Road, Suite 200
City/State/Zip: Kansas City, Missouri 64112
Phone Number: (816) 714-7133
Fax Number: (816) 714-7101

Virginia I. Stevens Crimmins is a member in good standing of the Bar of the States of Missouri

There are no pending disciplinary proceeding against Virginia I. Stevens Crimmins in any State or Federal court.

Dated: 4/11/2008
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar JS 7989
Firm Name: Outten & Golden LLP
Address: 3 Park Ave., 29th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

George Raikos, individually and on behalf of other similarly situated persons,

    Plaintiff,

- against -

JP Morgan Chase & Co,

    Defendant.

08 cv 01274 (JGK)

Justin M. Swartz **AFFIDAVIT OF** Virginia I. Stevens Crimmins
**IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York   )
                     ) ss:
County of New York )

    Justin M. Swartz, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Outten & Golden LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Virginia Stevens Crimmins counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 3, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Virginia Stevens Crimmins since November 2007.

4. Ms. Stevens Crimmins is an associate at Stueve Siegel Hanson LLP, in Kansas City, Missouri.

5. I I have found Ms. Stevens Crimmins to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Virginia Stevens Crimmins pro hac vice.

7. I respectfully submit a proposed order granting the admission of Virginia Stevens Crimmins pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Virginia Stevens Crimmins pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 04/11/2008
City, State: New York, NY
Notarized:

                                    Respectfully submitted,

                                      Name of Movant: Justin M. Swartz
                                      SDNY Bar Code: JS 7989

SDNY Form Web 10/2006

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**     )
                                 )    SS.
**WESTERN DISTRICT OF MISSOURI** )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Virginia I. Stevens Crimmins was duly admitted to practice in said Court on **September 28, 2001**.

Ms. Stevens Crimmins is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on March 27, 2008

_____
Patricia L. Brune, Clerk

By _____
Bonnie J. Rowland
Deputy Clerk

:goodst.att

| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **STUEVE SIEGEL HANSON LLP** |
| Adam T. Klein (AK 3293) | George A. Hanson (Pro Hac Vice Motion enclosed) |
| Justin M. Swartz (JS 7989) | Virginia Stevens Crimmins (Pro Hac Vice Motion enclosed) |
| 3 Park Avenue, 29th Floor | 460 Nichols Road, Suite 200 |
| New York, New York 10016 | Kansas City, Missouri 64112 |
| Telephone: (212) 245-1000 | Telephone: (816) 714-7100 |
| Facsimile: (212) 977-4005 | Facsimile: (816) 714-7101 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE RAIKOS, individually and on behalf of other similarly situated persons,

                Plaintiff,

v.

J.P. MORGAN CHASE & CO,

                Defendant.

08 cv 01274 (JGK)

CERTIFICATE OF SERVICE

---

I, Kristen Cabildo, under penalties of perjury, certify the following as true and correct:

1.     I am over the age of 18 years, am employed by the law firm of Outten & Golden LLP, and am not a party to this action.

2.     On this 14th day of April 2008, I served a true and correct copy of the Motions to Admit Counsel Pro Hac Vice, Orders for Admission Pro Hac Vice on Written Motion, Justin M. Swartz Affidavits in Support of Motion to Admit Counsel Pro Hac Vice, and Certificates of Good Standing for George A. Hanson and Virginia I. Stevens Crimmins by U.S Mail to the following attorney of record for Defendant in this action, whose last known address is:

                Samuel S. Shaulson
                Morgan Lewis
                101 Park Avenue
                New York, NY 10178-0060

_[signature]_
Kristen Cabildo

Sworn to before me
This 14th day of
April, 2008
_[signature]_
Notary Public

FARMER RITA MAUREN
Notary Public State of New York
New York County, REG#01FA6158868
My Commission Expires January 8, 20 11


SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Raikos, individually and on behalf of other similarly situated persons,

Plaintiff,

- against -

JP Morgan Chase & Co,

Defendant.

08 cv 01274 (JGK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Justin M. Swartz attorney for George Raikos

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Virginia I. Stevens Crimmins |
| Firm Name: | Stueve Siegel Hanson LLP |
| Address: | 460 Nichols Road, Suite 200 |
| City/State/Zip: | Kansas City, Missouri 64112 |
| Telephone/Fax: | (816) 714-7100 |
| Email Address: | crimmins@stuevesiegel.com |

is admitted to practice pro hac vice as counsel for George Raikos in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006