SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Raikos, individually and on behalf of other similarly situated persons,

    Plaintiff,

- against -

JP Morgan Chase & Co,

    Defendant.

08 cv 01274 (JGK)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Justin M. Swartz a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: George A. Hanson
Firm Name: Stueve Siegel Hanson
Address: 460 Nichols Road, Suite 200
City/State/Zip: Kansas City, Missouri 64112
Phone Number: (816) 714-7133
Fax Number: (816) 714-7101

George A. Hanson is a member in good standing of the Bar of the States of Missouri

There are no pending disciplinary proceeding against George A. Hanson in any State or Federal court.

Dated: 4/11/2008
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar JS 7989
Firm Name: Outten & Golden LLP
Address: 3 Park Ave., 29th Floor
City/State/Zip: New York, NY 10016
Phone Number: (212) 245-1000
Fax Number: (212) 977-4005

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

George Raikos, individually and on behalf of other similarly situated persons,

    Plaintiff,

- against -

JP Morgan Chase & Co,

    Defendant.

08 cv 01274 (JGK)

Justin M. Swartz **AFFIDAVIT OF** George A. Hanson **IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
                        ) ss:
County of New York  )

    Justin M. Swartz, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Outten & Golden LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit George A. Hanson counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 3, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known George Hanson since 2004.

4. Mr. Hanson is a partner at Stueve Siegel Hanson LLP, in Kansas City, Missouri.

5. I I have found Mr. Hanson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of George Hanson, pro hac vice.

7. I respectfully submit a proposed order granting the admission of George Hanson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit George Hanson, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 04/11/2008
City, State: New York, NY
Notarized:

                                              Respectfully submitted,

                                              Name of Movant: Justin M. Swartz
                                              SDNY Bar Code: JS 7989

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** )
) SS.
**WESTERN DISTRICT OF MISSOURI** )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that George A. Hanson was duly admitted to practice in said Court on November 16, 1993.

Mr. Hanson is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on March 27, 2008

Patricia L. Brune, Clerk

By Bonnie J. Rowland
Bonnie J. Rowland
Deputy Clerk

:goodst.att

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Raikos, individually and on behalf of other similarly situated persons,

Plaintiff,

- against -

JP Morgan Chase & Co,

Defendant.

08 cv 01274 (JGK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Justin M. Swartz attorney for George Raikos and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | George A. Hanson |
| Firm Name: | Stueve Siegel Hanson LLP |
| Address: | 460 Nichols Road, Suite 200 |
| City/State/Zip: | Kansas City, Missouri 64112 |
| Telephone/Fax: | (816) 714-7100 |
| Email Address: | hanson@stuevesiegel.com |

is admitted to practice pro hac vice as counsel for George Raikos in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#
SDNY Form Web 10/2006