SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Raikos, individually and on behalf of other similarly situated persons,

Plaintiff,

- against -

JP Morgan Chase & Co,

Defendant.

08 cv 01274    (JGK)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Justin M. Swartz attorney for George Raikos

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Virginia I. Stevens Crimmins

Firm Name:   Stueve Siegel Hanson LLP

Address:   460 Nichols Road, Suite 200

City/State/Zip:   Kansas City, Missouri 64112

Telephone/Fax:   (816) 714-7100

Email Address:   crimmins@stuevesiegel.com

is admitted to practice pro hac vice as counsel for George Raikos in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 4/18/08
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006