SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE RAIKOS, individually and
on behalf of other similarly situated
persons,

                Plaintiff,

C.A. No. **08-CV-01274**

MOTION TO ADMIT COUNSEL

- against -

PRO HAC VICE

**JP. MORGAN CHASE & CO,**

                Defendant.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel S. Shaulson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Sarah E. Bouchard |
| Firm Name: | Morgan, Lewis and Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5077 |
| Fax Number: | (215) 963-5001 |

Sarah E. Bouchard is a member in good standing of the Bars of the States of Pennsylvania and New Jersey.

There are no pending disciplinary proceedings against Sarah E. Bouchard in any State or Federal court.

Dated: April 15, 2008
City, State: New York, NY

                Respectfully submitted,

                Samuel S. Shaulson
                SDNY Bar: SS-0460

SDNY (Rev. 10/2006) Affidavit in Support of Motion to Admit Counsel Pro Hac Vice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE RAIKOS, individually and on behalf of other similarly situated persons,
    Plaintiff,

- against -

JP. MORGAN CHASE & CO,

    Defendant.

C.A. No. 08-CV-01274

**AFFIDAVIT OF SAMUEL S. SHAULSON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York  )
                          ) ss:
County of New York )

Samuel S. Shaulson, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Morgan, Lewis & Bockius and counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Sarah E. Bouchard as counsel pro hac vice to represent Defendant in this mater.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 14, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Sarah E. Bouchard since May of 2002.

4. Ms. Bouchard is a Partner at Morgan, Lewis & Bockius in Philadelphia, Pennsylvania.

5. I have found Ms. Bouchard to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Sarah E. Bouchard, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Sarah E. Bouchard, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Sarah E. Bouchard, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:       April 14, 2008
City, State:  New York, New York
Notarized:

Respectfully submitted,

_____
Samuel S. Shaulson
SDNY Bar SS-0460

SDNY Form Web 10/2006



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Sarah E. Bouchard, Esq.*

**DATE OF ADMISSION**

*December 18, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 1, 2008

_____
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **SARAH ELIZABETH BOUCHARD** (No. **028071995**) was constituted and appointed an Attorney at Law of New Jersey on **November 03, 1997** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **April**, 20 **08**

*Clerk of the Supreme Court*

-453a-

## CERTIFICATE OF SERVICE

I, W. John Lee, hereby certify that on April 17, 2008, I served a true and correct copy of the foregoing Motion upon the following via U.S. Mail:

Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
**Outten & Golden LLP**
3 Park Avenue, 29th Floor
New York, NY 10016

George A. Hanson
Virginia Stevens Cummings
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112

*Attorneys for Plaintiffs*

_____
W. John Lee

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE RAIKOS, individually and
on behalf of other similarly situated
persons,
               Plaintiff,

- against -

JP. MORGAN CHASE & CO,

               Defendant.

C.A. No. **08-CV-01274**

**ORDER FOR ADMISSION**
PRO HAC VICE
**ON WRITTEN MOTION**

Upon the motion of Samuel S. Shaulson, attorney for Defendant JPMorgan Chase & Co., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sarah E. Bouchard |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103-2921 |
| Telephone/Fax: | Telephone (215) 963-5077<br>Fax (215) 963-5001 |
| Email Address: | sbouchard@morganlewis.com |

is admitted to practice pro hac vice as counsel for Defendant JPMorgan Chase & Co. in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

1-PH/2881808.1