SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

GEORGE RAIKOS, individually and on behalf of other similarly situated persons,

               Plaintiff,

- against -

JP. MORGAN CHASE & CO,

               Defendant.

C.A. No. 08-CV-01274

**ORDER FOR ADMISSION**
PRO HAC VICE
**ON WRITTEN MOTION**

Upon the motion of Samuel S. Shaulson, attorney for Defendant JPMorgan Chase & Co., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sarah E. Bouchard |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103-2921 |
| Telephone/Fax: | Telephone (215) 963-5077<br>Fax (215) 963-5001 |
| Email Address: | sbouchard@morganlewis.com |

is admitted to practice pro hac vice as counsel for Defendant JPMorgan Chase & Co. in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 4/28/08
City, State: NY, NY

                                              United States District/Magistrate Judge

1-PH/2881808.1