UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE RAIKOS, Individually, and on behalf of
others similarly situated persons,

                Plaintiff,

    v.

JPMORGAN CHASE & CO.,

                Defendant.

Civil Action No. 1:08-cv-01274-JGK

**ELECTRONICALLY FILED**

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant JPMorgan Chase & Co. certifies that JPMorgan Chase & Co. has no parent corporation and that no publicly held corporation holds 10% or more of JPMorgan Chase & Co.'s stock.

Respectfully submitted,

DATED:  May 22, 2008

   /S/ Sam S. Shaulson
Sam S. Shaulson (SS 0460)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY
212.309.6000
212.309.6001 (fax)

Sarah E. Bouchard (*admitted pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5000
(215) 963-5001 (fax)

ATTORNEYS FOR DEFENDANT
JPMorgan Chase & Co.