| | |
|---|---|
| OUTTEN & GOLDEN LLP<br>Adam T. Klein (AK 3293)<br>Justin M. Swartz (JS 7989)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 | STUEVE SIEGEL HANSON LLP<br>George A. Hanson (*Pro Hac Vice*)<br>Virginia Stevens Crimmins (*Pro Hac Vice*)<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: (816) 714-7100<br>Facsimile: (816) 714-7101 |

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE RAIKOS, individually and on behalf of other similarly situated persons,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>JP. MORGAN CHASE & CO,<br><br>　　　　　　　　　　Defendant. | Case No. 08 CIV 1274<br>Judge Koeltl<br><br>**CONSENT TO BECOME A PARTY PLAINTIFF** |

### CONSENT TO BECOME A PARTY PLAINTIFF

I consent to be a party plaintiff in the foregoing lawsuit against JP Morgan Chase in order to seek redress for violations of the Fair Labor Stadards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP and Stueve Siegel Hanson LLP to represent me in the lawsuit.

Date: 28 · May · 2008

　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　Printed Name: Joshua Martinez

SSH 81562