Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Sam S. Shaulson
212.309.6718
sshaulson@morganlewis.com

August 1, 2008

*[Handwritten endorsement: Application granted. No further extensions without an affidavit showing good cause. So Ordered. /s/ JGK 8/1/08 U.S.D.J.]*

**BY FACSIMILE (212) 805-7912**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007-1312

Re: *George Raikos v. JP Morgan Chase & Co.*
**Case No. 08-CV-1274**

Dear Judge Koeltl:

Pursuant to the terms of the parties' joint June 4, 2008 letter (which was endorsed by the Court), the parties jointly write to provide the Court with a status report on their negotiations for an early resolution of this case. During the past 60 days, the parties have continued to engage in substantive discussions to resolve this matter at this early stage, including sharing information and data relevant to these discussions. While the parties have made progress, they need more time to continue these discussions.

The parties therefore jointly request an order: (1) permitting them to continue these discussions without having to contemporaneously litigate the case; (2) requiring the parties to provide an updated status report within 60 days; and (3) providing that Defendant's withdrawn motion to dismiss may still be reinstated in the event these negotiations prove to be unsuccessful.

If the parties' proposal meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience. Thank you in advance for your consideration of this request.

Respectfully submitted,

*/s/ Sam S. Shaulson*

Sam S. Shaulson (SS-0460)

cc: Adam T. Klein, Esq. (AK-3293) (via facsimile and first class mail)

DB1/62022235.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08