```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE RAIKOS,

                Plaintiff,      08 Civ. 1274 (JGK)

    - against -              ORDER

J.P. MORGAN CHASE & CO.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiffs' counsel is directed to submit to the Court an affidavit from the claims administrator by the time of the settlement hearing. The affidavit should reflect the cost to date for the claims administrator, and the estimated total cost of the claims administrator.

SO ORDERED.

Dated:    New York, New York
           June 24, 2010

                                      John G. Koeltl
                             United States District Judge